UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. 1:18-cr-00076 |
| | ) | |
| JARMHAL M. GIBSON | ) | |

## ORDER

Based on the Government's motion, leave of court is granted for the dismissal with prejudice, from Indictment No. CR 118-076 as to Defendant Jarmhal M. Gibson.

So ORDERED, this 26th day of February 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA